[No. 4645. Decided July 15, 1903.]

EDMUND C. TRAVES, *Appellant,* v. JOHN C. McLEES *et al., Respondents.*

APPEAL — DISMISSAL — CESSATION OF CONTROVERSY.

Where, pending an appeal, the parties thereto enter into such an agreement that an end is put to the controversy between them, with the exception of the question of costs, the appeal will be dismissed.

Appeal from Superior Court, Skagit County.—Hon. GEORGE A. JOINER, Judge. Appeal dismissed.

*Kerr & McCord* and *Million & Houser,* for appellant.

*Thomas Smith* and *James C. Waugh,* for respondents.

PER CURIAM.—This was an action to remove a cloud from the title to certain real estate. Upon a trial the lower court entered a decree adjudging that the plaintiff was the mortgagee of the property, and ordered the lands in controversy to be sold, and the proceeds thereof applied in satisfaction of plaintiff's lien, and the remainder turned over to the defendants. From this decree the plaintiff appeals.

It now appears that, after the appeal was taken, the parties voluntarily sold the lands in question to a third party, and have executed deeds therefor, and have received and divided the proceeds of the sale in accordance with the decree of the lower court. It further appears that there is no controversy here except as to the payment of costs. Under the uniform rulings of this court in cases of this character, the case must be dismissed, and it is so ordered. *Hice v. Orr,* 16 Wash. 163 (47 Pac. 424); *Watson v. Merkle,* 21 Wash. 635 (59 Pac. 484); *State ex rel. Taylor v. Cummings,* 27 Wash. 316 (67 Pac. 565); *Campbell v. Hall,* 28 Wash. 626 (69 Pac. 12).